Daniel DEASON, Claimant–Employee,

v.

HOUSE OF DENMARK, Respondent–Employer.

No. 64810.

Missouri Court of Appeals,
Eastern District,
Division One.

July 5, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1994.

Application to Transfer Denied
Oct. 25, 1994.

Robert H. Sihnhold, St. Louis, for claimant.

Edward M. Vokoun, Evans & Dixon, St. Louis, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Employee, Daniel Deason, appeals from the decision of the Labor and Industrial Relations Commission denying his claim for workers' compensation.

The decision of the Commission is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value.

The decision of the Commission is affirmed. Rule 84.16(b). The motion to strike employee's brief is denied.